IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Soil and Materials Engineers, Inc., a Michigan corporation<br><br>    Plaintiff,<br><br>v.<br><br>S&ME, Inc., a North Carolina corporation,<br><br>    Defendant. | Civil Action No.  2:25-cv-13529<br>JURY TRIAL DEMANDED |

COMPLAINT FOR TRADEMARK INFRINGEMENT
AND UNFAIR COMPETITION

Soil and Materials Engineers, Inc. ("SME") by counsel, for its causes of action against Defendant, S&ME, Inc. ("S&ME"), alleges as follows:

INTRODUCTION

1)     SME brings this lawsuit to protect the substantial goodwill it has in its distinctive, federally registered trademarks that have gained a reputation as being a source of high-quality engineering and consulting services. SME's registered marks comprise a word mark and a design mark, and the words are accorded greater weight as they make

1

a greater impression upon purchasers, are remembered by purchasers, and are used to request services.

## PARTIES

2) SME is a corporation formed under the laws of the State of Michigan. SME has done business in Michigan since it was incorporated in 1964. SME's headquarters, and primary place of business, is at 43980 Plymouth Oaks Boulevard, Plymouth, Michigan 48170. SME has over 400 employees and physical offices located in Michigan, Indiana, and Ohio.

3) Defendant S&ME is a corporation organized and existing under the laws of the State of North Carolina. Its headquarters is located at 2724 Discovery Drive, Suite 120, Raleigh, North Carolina 27616. S&ME has physical offices in Indiana, Ohio, and other states, and it transacts business that impacts Michigan. S&ME is registered to do business in Michigan as a foreign, for profit corporation, and has a registered agent office at 186 N. Main St., 2nd Foor, Suite 1, Plymouth, Michigan, 48170.

https://mibusinessregistry.lara.state.mi.us/search/business.

## JURISDICTION AND VENUE

4) This is an action for infringement of federally-registered and common law trademarks in violation of the Lanham Act (15 U.S.C. § 1141 *et seq.*) and for unfair competition in violation the Lanham Act (15 U.S.C. § 1125(a)).

5) This Court has subject matter jurisdiction. 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

6) This Court has personal jurisdiction over S&ME. Mich. Comp. Laws, §§ 600.715 and 600.711. S&ME has committed, and continues to commit, acts of infringement of SME's Registered Marks in the Eastern District of Michigan. S&ME has advertised and sold its services under the Infringing Marks (defined below) in, *inter alia*, Michigan, Ohio, Indiana, and Kentucky (the "Territory"). S&ME has engaged in substantial activity within the Territory and has contacts with Michigan related to its infringement of SME's registered trademarks. S&ME has caused injury to SME in Michigan and in this judicial district.

7) Venue is proper in this Court pursuant to 28 U.S.C. § 1391. S&ME has transacted business in the Territory that impacts SME in the Eastern District of Michigan, and a substantial part of the events giving rise to SME's claims occurred and are continuing to occur in the Eastern District of Michigan.

### SME's REGISTERED AND COMMON LAW MARKS

8) SME owns incontestable United States Trademark Registration No. 5,672,214 (the "'214 Registration" or "SME's Logo") in International Class 42. SME filed the application for the '214 Registration on June 7, 2017, and the SME Logo registered on February 12, 2019. The SME Logo looks like this:



*See '214 Registration Certificate attached hereto as* **Exhibit A** *and incorporated herein by reference.*

9) SME owns incontestable United States Trademark Registration No 5,672,213 (the "'213 Registration") in International Class 42. The '213 Registration is for the standard character word mark **SME**

4

(hereinafter "SME's Word Mark") and has a filing date of June 7, 2017.

The '213 Registration issued on February 12, 2019. *See '213 Registration Certificate attached hereto as **Exhibit B** and incorporated herein by reference.*. SME refers to the '213 and '214 Registrations collectively as the "Registered Marks."

    10)    SME's '213 and '214 Registrations recite the following services:

> Engineering; surveying; field exploration in the nature of oil field exploration or mining and mineral exploration; civil engineering; environmental engineering, testing and inspection services; geoenvironmental engineering; geotechnical engineering; technical consulting in the field of environmental science; technical consulting in the field of natural resource research; architectural and engineering services; conducting engineering surveys; conducting feasibility studies in the field of environmental engineering; consulting in the fields of engineering and of construction materials testing; custom architectural design and engineering of building enclosures and roofing systems, design and development of coatings, specialized structural components, specialty foundations, structural underpinning systems, temporary and permanent earth retention systems, groundwater management systems, and ground improvement systems, design of infrastructure rehabilitation projects including.

*See Exhibits A and B.*

    11)    SME owns application serial No. 98/867,295 (the "'295 Application") in International Class 42 for the following services:

5

construction engineering and inspection; construction materials testing; conducting engineering condition surveys and non-destructive testing; geophysical studies; vibration monitoring; real-time survey monitoring of temporary structures, utilities and railroads; specialized laboratory testing of aggregate, soil and other building materials; providing visualizations of engineering and property data actual and proposed; providing real-time data capturing utilizing ESRI Field Maps and Juniper Systems GEODES to be placed on an interactive dashboard or output; data aggregation, organization, dissemination and analysis of client and third-party data.

The '295 Application covers the mark set forth below.



*See* '295 Application attached hereto as **Exhibit C** *and incorporated herein by reference.* The USPTO determined the '295 Application to be entitled to register on the Principal Register and published it for opposition on October 7, 2025. *Id.*

12)   SME owns pending U.S. trademark application Serial No. 98/829,064 (the "'064 Application") in International Class 42 covering the same services as in the '295 application recited in paragraph 11 above. The '064 Application is for the standard character word mark **SME**. *See '064*

*Application attached hereto as* **Exhibit D** *and incorporated herein by reference.*

## S&ME'S INFRINGING MARKS

13) S&ME's actions threaten the goodwill and reputation for quality services SME has cultivated since 1964. S&ME has used and continues to use its unregistered S&ME word mark, which is confusingly similar to SME's Registered Marks, to sell competing engineering services throughout the Territory. Unless the Court enjoins S&ME from using its infringing S&ME mark, such use will continue to cause consumer confusion and will cause irreparable harm to SME.

14) S&ME has used and continues to use its unregistered S&ME logo mark, which is set forth below (hereinafter referred to as S&ME's Logo Mark").



15) S&ME's Logo Mark is confusingly similar to SME's Registered Marks. S&ME uses the Logo Mark to sell competing engineering services in the Territory. Unless the Court enjoins S&ME

7

from using its infringing S&ME Logo Mark, such use will continue to cause consumer confusion and will cause irreparable harm to SME.

16) S&ME's unregistered word mark S&ME and S&ME's Logo Mark are hereinafter referred to as the "Infringing Marks."

17) SME seeks injunctive relief, damages and other appropriate relief arising from S&ME's willful acts of trademark infringement and unfair competition.

## COUNT I - FEDERAL TRADEMARK INFRINGEMENT
## (15 U.S.C. § 1114)

18) SME realleges and incorporates by reference the allegations of paragraphs 1–17 inclusive, as though fully set forth.

19) SME has been providing engineering and consulting services under the name SME since at least as early as 1964. SME was founded in 1964 as an engineering services company that helps private and public entities, contractors, and engineers develop and build facilities and infrastructure. https://www.sme-usa.com/. SME has used the trademark SME continuously since its inception in 1964 and acquired common law trademark rights in the mark SME.

8

20)   SME owns the incontestable '214 Registration for the mark [SME logo] in connection with various engineering and consulting services. The '214 Registration constitutes *prima facie* evidence of its nationwide exclusive right to use the [SME logo] mark in connection with engineering and consulting services. SME has used the [SME logo] mark continuously in United States commerce since at least 2015.

21)   SME owns the incontestable '213 Registration the word mark SME ("SME Word Mark"). The '213 Registration constitutes *prima facie* evidence of its nationwide exclusive right to use the SME Word Mark in connection with engineering and consulting services. SME has used the SME Word Mark continuously in United States commerce since at least 1964.

22)   The '213 and '214 Registered Marks are valid, subsisting, and have never been cancelled.

23)   SME has invested substantial time, effort, and financial resources promoting its '213 and '214 Registered Marks in connection

9

with the marketing and sale of its engineering and consulting services in interstate commerce.

24) The '213 and '214 Registered Marks have become, through widespread and favorable public acceptance and recognition, an asset of substantial value as a symbol of engineering and consulting services, their quality and goodwill. The consuming public recognizes the '213 and '214 Registered Marks and associates them with SME.

25) SME promotes its '213 and '214 Registered Marks throughout the Territory, including to customers such as State and Local Governments, Department of Transportations, County Drain Commissions, County Road Authorities, utilities, hospitals, universities, K-12 school districts, commercial and residential developers, gas facility operators, canal operators, energy plant operators, wastewater treatment plant operators, warehousing and storage facility operators, logistics companies, manufacturing and industrial companies, and more. The consuming public recognizes SME as experts in building materials, civil design, construction engineering inspection, construction materials, environmental, geotechnical, pavement, steel coatings, non-destructive testing, surveying, and more.

10

26) SME's '213 and '214 Registered Marks are inherently distinctive as applied to SME's services that bear the marks.

27) Notwithstanding SME's established rights in the '213 and '214 Registered Marks, S&ME adopted and used the confusingly similar Infringing Marks S&ME and the logo  in interstate commerce in connection with the sale and offering for sale of identical engineering and consulting services as SME offers. S&ME offers geotechnical, environmental, civil and construction engineering in direct competition with SME. *See* **Exhibit E**. (https://www.smeinc.com/services/)

28) S&ME operates in markets such as transportation, energy, water, waste management, industrial and manufacturing, mining and quarries, health and science, digital infrastructure, education, government, and commercial real estate. *See* **Exhibit F**. (https://www.smeinc.com/markets/)

29) S&ME started operations in North Carolina, and has gradually moved North and West to Tennessee, Kentucky, Ohio, and Indiana. S&ME has physical offices in, *inter alia*, Indiana and Ohio. *See* **Exhibit G** (https://www.smeinc.com/locations/)

11

30) S&ME has registered to do business in Michigan. S&ME's expansion North is negatively impacting SME.

31) The services that S&ME offers, the markets that S&ME operates in, and the geographical location of S&ME's offices, overlap with SME's services, markets and office locations.

32) S&ME advertises its services under the Infringing Marks on the internet, as part of its website (https://www.smeinc.com/markets/), at trade shows, advertisements, on job sites, on signage on buildings, vehicles, bid proposals, invoices, etc.

33) Without SME's consent, S&ME has used and continues to use the S&ME and ▦ Infringing Marks in connection with the sale, offering for sale, advertising of its competing engineering and consulting services.

34) S&ME engaged in its infringing activity despite having constructive notice of SME's federal registration rights under 15 U.S.C. § 1072.

35) S&ME does not own any federal trademark registrations.

36) SME has experienced actual trademark confusion at its Michigan headquarters and throughout the Territory. For example,

payments for SME's services have been sent to S&ME, and invoices owed by S&ME have been presented for payment to SME's accounting department in Michigan. SME was identified as "S&ME" on a municipality's list of pre-approved consultants/vendors. SME clients and prospective clients have mistakenly communicated with S&ME regarding projects and prospective projects. SME has received communications from clients who think they are dealing with S&ME. S&ME's clients and prospective clients, who think they are communicating with S&ME, are instead calling and or writing to SME's personnel in Michigan. A potential SME client intended to hire SME for a new project, but the project manager for the potential SME client inadvertently hired S&ME. There exists confusion in the marketplace due to S&ME's use of the Infringing Marks in interstate commerce.

37) S&ME's actions have already and will continue to mislead the public into concluding that its services originate with, or are authorized by, SME. S&ME's actions have and will continue to damage SME and the public.

38) SME has no control over the quality of services sold by S&ME and because of the source confusion caused by S&ME, SME has lost control over its valuable goodwill.

39) S&ME has advertised and offered its services for sale using the Infringing Marks with the intention of misleading, deceiving, or confusing consumers as to the origin of its services and of trading on SME's reputation and goodwill.

40) S&ME's use of the Infringing Marks constitutes willful, deliberate, and intentional trademark infringement.

41) S&ME's unauthorized use of the Infringing Marks in interstate commerce constitutes trademark infringement under 15 U.S.C. § 1114(1) and is likely to cause consumer confusion, mistake, or deception.

42) As a direct and proximate result of S&ME's trademark infringement, SME has suffered and will continue to suffer loss of income, profits, and goodwill. S&ME has and will continue to unfairly acquire income, profits, and goodwill.

43) S&ME's acts of infringement will cause irreparable injury to SME if the Court does not restrain S&ME from further violation of SME's rights.

44) SME has no adequate remedy at law.

45) SME is entitled to a rebuttable presumption of irreparable harm upon the finding of trademark infringement. 15 U.S.C. § 1116(a).

## COUNT II - FEDERAL UNFAIR COMPETITION
## (15 U.S.C. § 1125(a))

46) SME realleges and incorporates by reference the allegations of paragraphs 1–45 inclusive, as though fully set forth.

47) S&ME has engaged in unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

48) S&ME's unauthorized marketing and sale of its engineering and consulting services using its Infringing Marks constitute a false designation of origin or false representation that wrongfully and falsely designates S&ME's competing services as originating from or connected with SME and constitute the use of false descriptions or representations in interstate commerce.

15

49) S&ME's actions constitute intentional, willful, knowing, and deliberate unfair competition.

50) S&ME's actions constitute federal unfair competition and violate 15 U.S.C. § 1125(a).

51) As a direct and proximate result of S&ME's unfair competition, SME has suffered and will continue to suffer loss of income, profits, and goodwill, and S&ME has and will continue to unfairly acquire income, profits, and goodwill.

52) S&ME's acts of unfair competition will cause further irreparable injury to SME if the Court does not restrain S&ME from further violation of SME's rights. SME has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, in consideration of the foregoing, SME respectfully requests that this Court enter an Order granting it the following relief:

A.  Entering a judgment that SME's Registered Marks have been and continues to be infringed by Defendant in violation of 15 U.S.C. § 1114(1);

B. Entering a judgment that S&ME's use of the mark S&ME, the logo ![logo], and the URL www.smeinc.com, constitute federal unfair competition in violation of 15 U.S.C. § 1125(a);

C. Permanently enjoining and restraining S&ME and each of its agents, representatives, employees, officers, attorneys, successors, assigns, affiliates and any persons in privity or active concert or participation with any of them from using the trademark S&ME and ![logo] logo, the URL www.smeinc.com, or any other designation alone or in combination with other words or symbols, as a trademark, trade name component or otherwise, to market, advertise, provide, or identify S&ME's services where that designation would create a likelihood of confusion, mistake or deception with SME's Registered Marks;

D. Permanently enjoining and restraining S&ME from expanding, opening new offices, acquiring new customers, or acquiring any new business, under the name S&ME.

E. Pursuant to 15 U.S.C. § 1116(a), directing S&ME to file with the Court and serve on SME within thirty (30) days after issuance of an

17

injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendant has complied with the injunction;

    F.    Pursuant to 15 U.S.C. § 1118, requiring that S&ME and all others acting under Defendant's authority, at their cost, be required to deliver up and destroy all devices, literature, advertising, labels, signs, and other material in their possession bearing the infringing designation;

    G.    Pursuant to 15 U.S.C. § 1119, enjoining the Director of the United States Patent and Trademark Office from issuing to S&ME any trademark registration for its Infringing Marks or any combination of words or symbols that would create a likelihood of confusion, mistake, or deception with SME's Registered Marks;

    H.    Ordering S&ME to transfer the domain name www.smeinc.com to SME, and any adwords that use the term SME or S&ME;

    I.    Awarding SME all damages it sustained as the result of S&ME's acts of infringement and unfair competition, said amount to be trebled, together with prejudgment interest, pursuant to 15 U.S.C. § 1117;

18

J. Awarding to SME all profits received by S&ME from sales and revenues of any kind made as a result of its willful and intentional infringing actions, said amount to be trebled, after an accounting pursuant to 15 U.S.C. § 1117;

K. Awarding SME its reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1117, because of the exceptional nature of this case; and

L. Granting SME such other and further relief as the Court may deem just.

## DEMAND FOR JURY TRIAL

SME demands trial by jury on all issues so triable.

November 5, 2025

Respectfully submitted,

FISHERBROYLES, LLP

By: /Douglas P. LaLone/
Douglas P. LaLone
(Michigan Bar# 45751)
400 Renaissance Center, Suite 2600
Detroit, MI 48243
Telephone: 586.871.6302
douglas.lalone@fisherbroyles.com

19

Alastair J. Warr
FisherBroyles, LLP
203 N. LaSalle Street, #2100
Chicago, IL 60601
Telephone: 317.407.5260
Alastair.warr@fisherbroyles.com

20