IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| Soil and Materials Engineers, Inc., a Michigan corporation<br><br>      Plaintiff,<br><br>v.<br><br>S&ME, Inc., a North Carolina corporation,<br><br>      Defendant. | Civil Action No. 5:25-cv-13529<br>JURY TRIAL DEMANDED |

## SOIL AND MATERIALS ENGINEERS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Soil and Materials Engineers, Inc., by and through its undersigned counsel, hereby states as follows:

Soil and Materials Engineers, Inc. is a privately held corporation organized under the laws of the State of Michigan. Soil and Materials Engineers, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

November 7, 2025     Respectfully submitted,

         **FISHERBROYLES, LLP**


    By: */Douglas P. LaLone/*
      Douglas P. LaLone
      (Michigan Bar# 45751)
      400 Renaissance Center, Suite 2600
      Detroit, MI 48243
      Telephone: 586.871.6302
      douglas.lalone@fisherbroyles.com

      Alastair J. Warr
      FisherBroyles, LLP
      203 N. LaSalle Street, #2100
      Chicago, IL 60601
      Telephone: 317.407.5260
      Alastair.warr@fisherbroyles.com