Civil Action No. 2:25-cv-13529-JEL-KGA

AMENDED COMPLAINT

EXHIBIT A

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,672,214**

**Registered Feb. 12, 2019**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

Soil and Materials Engineers, Inc.  (MICHIGAN CORPORATION), DBA SME
43980 Plymouth Oaks Blvd.
Plymouth, MICHIGAN 48170

CLASS 42: Engineering; surveying; field exploration in the nature of oil field exploration or mining and mineral exploration; civil engineering; environmental engineering, testing and inspection services; geoenvironmental engineering; geotechnical engineering; technical consulting in the field of environmental science; technical consulting in the field of natural resource research; architectural and engineering services; conducting engineering surveys; conducting feasibility studies in the field of environmental engineering; consulting in the fields of engineering and of construction materials testing; custom architectural design and engineering of building enclosures and roofing systems, design and development of coatings, specialized structural components, specialty foundations, structural underpinning systems, temporary and permanent earth retention systems, groundwater management systems, and ground improvement systems, design of infrastructure rehabilitation projects including pavements, underground utilities and site layout; drafting of plans and engineering drawings for others; environmental services, namely, technical consultation in the field of environmental science, engineering services and design for others in the field of environmental engineering; environmental testing and inspection services; hydrologic engineering services; professional consulting services in the fields of engineering, land use planning, surveying, landscape architecture, and environmental sciences; technical consulting services in the fields of engineering, land use planning, engineering, geological surveying, land surveying, and real estate surveying, landscape architecture, and environmental sciences

FIRST USE 3-30-2015; IN COMMERCE 3-30-2015

The color(s) red, orange, blue and gray is/are claimed as a feature of the mark.

The mark consists of the letters "SME" in a gray stylized font, and a swirl figure disposed to the left of the letters, the swirl figure comprised of blue, orange and red. The color white represents background and is not claimed as a feature of the mark.

SER. NO. 87-479,129, FILED 06-07-2017



*Andrei Iancu*

Director of the United States
Patent and Trademark Office