Civil Action No. 2:25-cv-13529-JEL-KGA

AMENDED COMPLAINT

EXHIBIT C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 8,037,160**

**Registered Nov. 25, 2025**

**Int. Cl.: 37, 42**

**Service Mark**

**Principal Register**

Soil and Materials Engineers, Inc.  (MICHIGAN CORPORATION), DBA SME
43980 Plymouth Oaks Boulevard
Plymouth, MICHIGAN 48170

CLASS 37: Building inspection in the course of building construction; Inspection services in the course of construction of utilities and infrastructure; Building construction observation, namely, static inspection, functional verification inspection, performance verification inspection

FIRST USE 2-1-2024; IN COMMERCE 2-1-2024

CLASS 42: Construction engineering; construction materials testing; conducting non-destructive testing on civil engineering; geophysical assessments and subsurface evaluation; Electronic monitoring and reporting of ground vibrations using computers or sensors; real-time monitoring of temporary structures, utilities and railroads to ensure proper functioning; specialized laboratory testing of aggregate, soil and other building materials; Design of information graphics and data visualization materials of engineering and property data actual and proposed; Compiling and analyzing of client and third-party data for mapping, engineering and land surveying purposes; Inspection of building materials for quality control purposes

FIRST USE 2-1-2024; IN COMMERCE 2-1-2024

The color(s) red, orange, blue and gray is/are claimed as a feature of the mark.

The mark consists of the letters "SME" in a gray stylized font, and a swirl figure disposed to the left of the letters, the swirl figure comprised of blue, orange and red. The color white represents background and is not claimed as a feature of the mark.

SER. NO. 98-867,295, FILED 11-22-2024





DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE