Civil Action No. 2:25-cv-13529-JEL-KGA

AMENDED COMPLAINT

EXHIBIT D

# United States of America
## United States Patent and Trademark Office

# SME

**Reg. No. 8,098,717**

**Registered Jan. 13, 2026**

**Int. Cl.: 37, 42**

**Service Mark**

**Principal Register**

Soil and Materials Engineers, Inc.  (MICHIGAN CORPORATION), DBA SME
43980 Plymouth Oaks Boulevard
Plymouth, MICHIGAN 48170

CLASS 37: Building inspection in the course of building construction; Inspection services in the course of construction of utilities, infrastructure and buildings; Building construction observation, namely, static inspection, functional verification inspection, performance verification inspection

FIRST USE 2-1-2024; IN COMMERCE 2-1-2024

CLASS 42: Construction engineering; Construction materials testing; Conducting non-destructive testing in the nature of testing metals, coatings, welds and fabrication on civil engineering products; Geophysical assessments in the nature of detailed characterizations of the subsurface in environmental, groundwater, natural resource and geotechnical investigations for the purpose of infrastructure, construction hazard and engineering design; Subsurface evaluation in the nature of the evaluation of soil and groundwater conditions for the purpose of infrastructure, construction hazard and engineering design; Electronic monitoring of ground vibrations using computers and sensors for taking measurements and collection of data for the purpose of infrastructure, construction hazard and engineering design; real-time survey monitoring of temporary structures, utilities and railroads to ensure proper functioning; Specialized laboratory testing of aggregate, soil and building materials; Designing visualizations in the nature of the design of data visual materials in the nature of information graphics and data visualizations materials depicting engineering and property data both actual and proposed; Compiling and analyzing client and third-party data for geographical mapping, engineering and land surveying purposes; Inspection of building materials for quality control purposes

FIRST USE 2-1-2024; IN COMMERCE 2-1-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-829,064, FILED 10-30-2024



DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

