Civil Action No. 2:25-cv-13529-JEL-KGA

AMENDED COMPLAINT

EXHIBIT E



MENU

# SERVICES

HOME | SERVICES



Geotechnical     >

Environmental     >

Civil     >

    >

Construction Engineering



## Geotechnical

Geotechnical engineering is fundamental to all construction. For over 40 years S&ME has provided sound design advice on foundations, slopes, retaining structures, embankments, tunnels, levees, wharves, landfills, pavements and other…



## Environmental

Environmental managers today wear many hats, often juggling employee health and safety responsibilities, on-going compliance programs, and closure of legacy contamination issues. Additionally, there is increasing public scrutiny…



## Civil

Collaboration is not just a word. It is the essence of who we are and what we do. Internally, it means fostering a culture of creative collaboration in order to harness the best of our talents and energies. Externally, it means building a sense of shared…



## Construction Engineering

Construction materials engineering and testing provides an owner with confidence that their investment is built in accordance with the project's plans and specifications. Our experienced engineers and certified technicians provide…

### ABOUT US

Our Team

Sustainability

Code of Ethics

### MARKETS

Transportation

Energy

Industrial/ Manufacturing

Water

Waste Management

Health & Science

Telecommunications

Education

Government

Commercial & Real Estate

### SERVICES

Geotechnical

Environmental

Civil

Construction Engineering

### NEWS + INSIGHTS

### CAREERS

Career Openings

Spark Internship Program

Campus Recruitment

### CONTACT

Locations

Contact

CALL US: 800-849-2517

© 2025 S&ME, All Rights Reserved

