Civil Action No. 2:25-cv-13529-JEL-KGA

AMENDED COMPLAINT

EXHIBIT F





# MARKETS

HOME  |  MARKETS

- Transportation
- Energy
- Water
- Waste Management
- Industrial & Manufacturing
- Mining & Quarries
- Health & Science
- Digital Infrastructure
- Education
- Government
- Commercial & Real Estate



## Transportation

S&ME has a proven history of delivering engineering, environmental, and construction management solutions for transportation projects to include airports, rail/transit systems, roads, bridges and ports.  S&ME offers extensive resources…



## Energy

For decades S&ME has served the electric power generation industry.  Our clients include government-owned, investor-owned, and local municipal-owned utilities, cooperatives, and privately owned merchant companies…



## Water

Developing and protecting our water resources requires sophisticated engineering expertise. For many years S&ME has integrated our engineering and our natural resources capabilities to provide a broad spectrum of water resources management…



## Waste Management

S&ME is a leader in the waste management industry. We provide a full suite of solutions for municipal and industrial waste owners. S&ME offers civil engineering, hydrogeologic and geotechnical services, natural resources and environmental services…



## Industrial & Manufacturing

Our comprehensive suite of services supports industrial and manufacturing project delivery from start to finish. S&ME's technical expertise and resources support execution of site evaluations, from preliminary geotechnical and environmental impact evaluations, site planning, utility infrastructure, to construction materials testing and inspection.



## Mining & Quarries

S&ME is a diversified engineering and environmental firm that offers the supporting services required by Mining & Quarry companies to deliver their products to market.



## Health & Science

Over the years, S&ME has specialized in geotechnical and construction development for major healthcare complexes, with projects ranging from new facilities and replacement hospitals to surgery centers, medical office buildings, and acute care campus retrofits.



## Digital Infrastructure

Our S&ME team supports mission critical and digital infrastructure projects, including data centers and telecommunications, offering services to meet your growing technology needs.



## Education

Our professionals have provided geotechnical engineering, environmental services, and construction materials testing on hundreds of educational and academic facilities on campuses nationwide, from K-12 schools to college and university projects.



## Government

S&ME serves government clients at the federal, state and local levels with a wide variety of services to support pre-design, design, construction and post-construction needs. S&ME has the internal systems in place to support…



## Commercial & Real Estate

Our experts help guide commercial developers through all phases of land development, from environmental analysis, geotechnical engineering, permitting, to construction. Our professionals collaborate with developers…

---

**ABOUT US**
Our Team
Sustainability
Code of Ethics

**MARKETS**
Transportation
Energy
Industrial/ Manufacturing
Water
Waste Management
Health & Science
Telecommunications
Education
Government
Commercial & Real Estate

**SERVICES**
Geotechnical
Environmental
Civil
Construction Engineering

**NEWS + INSIGHTS**

**CAREERS**
Career Openings
Spark Internship Program
Campus Recruitment

**CONTACT**
Locations
Contact

CALL US: 800-849-2517

PRIVACY POLICY   |   TERMS OF USE   |   ADA COMPLIANCE

© 2025 S&ME, All Rights Reserved

