Civil Action No. 2:25-cv-13529-JEL-KGA

AMENDED COMPLAINT

EXHIBIT G



# LOCATIONS

HOME | LOCATIONS

## Search by Zip Code

Your Location

**SEARCH**

OR

## Select State

State Select

**SEARCH**

**CLEAR ALL**



## Locations

### Raleigh, NC (HQ)
3201 Spring Forest Road
Raleigh NC 27616

### Asheville, NC
44 Buck Shoals Road
Suite 603
Arden NC 28704

### Atlanta, GA
4350 River Green Parkway
Suite 200
Duluth GA 30096

### Augusta, GA
1527 Crescent Drive
Augusta GA 30909

### Charleston, SC
7410 Northside Drive
Suite 110
North Charleston SC 29420

### Charlotte (Ayrsley), NC
2016 Ayrsley Town Blvd.
Suite 2A
Charlotte NC 28273

### Charlotte, NC
8848 Red Oak Blvd
Suite A
Charlotte NC 28217

### Chattanooga, TN
4291 Highway 58
Chattanooga TN 37416

### Cincinnati, OH
862 East Crescentville Road
Cincinnati OH 45246

### Columbia, SC
134 Suber Road
Columbia SC 29210

### Columbus, OH
6190 Enterprise Court
Dublin OH 43016

**LOAD MORE**

### ABOUT US
Our Team
Sustainability
Code of Ethics

### MARKETS
Transportation
Energy
Industrial/ Manufacturing
Water
Waste Management
Health & Science
Telecommunications
Education
Government
Commercial & Real Estate

### SERVICES
Geotechnical
Environmental
Civil
Construction Engineering

### NEWS + INSIGHTS

### CAREERS
Career Openings
Spark Internship Program
Campus Recruitment

### CONTACT
Locations
Contact

CALL US: 800-849-2517

PRIVACY POLICY  |  TERMS OF USE  |  ADA COMPLIANCE

© 2025 S&ME, All Rights Reserved

