**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Soil and Materials Engineers, Inc., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>S&ME, Inc., a North Carolina corporation,<br><br>Defendant. | Case No.: 5:25-CV-13529-JEL-KGA |

**DEFENDANT S&ME'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant S&ME, Inc. hereby states as follows: S&ME, Inc. is a privately held North Carolina corporation that has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: July 3, 2026

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/Joshua D. Curry*
Michael T. Franz (MI Bar #P84079)
550 West Adams Street, Suite 300
Chicago, IL 60661
Telephone: 312-463-3329
Michael.Franz@lewisbrisbois.com
Joshua D. Curry (GA Bar #117378)
600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
Telephone: 404-348-8585

Josh.Curry@lewisbrisbois.com

*Attorneys for Defendant S&ME, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: July 3, 2026 *_/s/Joshua D. Curry__________*