UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Soil and Materials Engineers, Inc.,

Plaintiff(s),

v.

S&ME, Inc.,

Defendant(s),

Case No. 5:25−cv−13529−JEL−KGA
Hon. Judith E. Levy

**NOTICE OF DETERMINATION OF MOTION WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

Motion to Dismiss − #17

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy ***without*** oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz
Case Manager

Dated: July 27, 2026